UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR MALIK JEFFERSON,<br><br>   Plaintiff,<br><br> vs.<br><br>R. KNUCKLES, et al.,<br><br>   Defendants. | 1:14-cv-00869-AWI-GSA-PC<br><br>FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS ACTION PROCEED ONLY AGAINST DEFENDANT KNUCKLES FOR FAILURE TO PROTECT PLAINTIFF, AND THAT ALL OTHER CLAIMS AND DEFENDANTS BE DISMISSED<br><br>OBJECTIONS, IF ANY, DUE IN 20 DAYS |

   Omar Malik Jefferson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The case now proceeds on the original Complaint filed by Plaintiff on May 27, 2014.  (ECF No. 1.)  The Complaint names as defendants the CDCR, Sergeant R. Knuckles, Sgt. J. Kohler, Correctional Officer (C/O) Gonzalez-Moran, and C/O G. Sandoval, and alleges claims for failure to protect Plaintiff and failure to summon medical assistance, in violation of the Eighth Amendment.

   The court screened Plaintiff's Complaint pursuant to 28 U.S.C. § 1915A and found that it states a cognizable claim under § 1983 against Sgt. R. Knuckles, for failure to protect Plaintiff.  (ECF No. 9.)  On July 21, 2015, Plaintiff was granted leave to either file an amended complaint or notify the court that he is willing to proceed only on the claim found cognizable by the court.  (Id.)  On July 30, 2015, Plaintiff filed a notice informing the court that he is

willing to proceed only on the failure to protect claim against Sgt. R. Knuckles, and wishes to "drop all claims against all other Defendants." (ECF No. 10.)

Based on the foregoing, it is HEREBY RECOMMENDED that:

1. This action proceed only against defendant Sgt. R. Knuckles, on Plaintiff's failure to protect claim under the Eighth Amendment;
2. All remaining claims and defendants be dismissed from this action;
3. Plaintiff's claim for failure to summon medical assistance be dismissed for failure to state a claim upon which relief may be granted under § 1983;
4. Defendants CDCR, Sgt. J. Kohler, C/O Gonzalez-Moran, and C/O G. Sandoval be dismissed from this action based on Plaintiff's failure to state any claims upon which relief may be granted against them.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within **twenty (20) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **August 4, 2015**                              **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE