# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR JEFFERSON, | Case No. 1:14-cv-00869 AWI-SAB-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | (ECF No.11) |
| CDCR, et al., | ORDER REFERRING ACTION TO MAGISTRATE JUDGE FOR SERVICE OF PROCESS |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(1)(B) and Local Rule 302.

On August 4, 2015, findings and recommendations were entered, recommending that this action proceed against Defendant Knuckles on Plaintiff's Eighth Amendment failure to protect claim. The Magistrate Judge recommended that all remaining claims and defendants be dismissed from this. Plaintiff was provided an opportunity to file objections within thirty days. To date, Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the record to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the Magistrate Judge on August 4, 2015, are adopted in full;

2. This action proceeds against Defendant Sergeant Knuckles on Plaintiff's Eighth Amendment failure to protect claim;

3. Plaintiff's claim for failure to summon medical assistance is dismissed for failure to state a claim upon which may be granted under §1983;

4. Defendants CDCR, Sgt. J. Kohler, C/O Gonzalez-Moran and C/O G. Sandoval are dismissed from this action based on Plaintiff's failure to state any claims upon which relief may be granted against them; and

5. This action is referred to the Magistrate Judge for service of process upon Defendant Knuckles.

IT IS SO ORDERED.

Dated:   September 30, 2015

SENIOR DISTRICT JUDGE