# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

OMAR JEFFERSON,                          Case No. 1:14-cv-00869-AWI-SAB-PC

                    Plaintiff,           **ORDER & WRIT OF HABEAS CORPUS
                                         AD TESTIFICANDUM**

          v.

R. NUCKLES,

                    Defendant.
_____/

Omar Jefferson, CDCR # F-16875, a necessary and material witness in a settlement conference
in this case on December 22, 2016, is confined in California State Prison, Los Angeles County
(LAC), in the custody of the Warden.  In order to secure this inmate's attendance it is necessary
that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the
inmate, **along with his legal property**, before Magistrate Judge Michael J. Seng at the U. S.
District Court, Courtroom #6, 2500 Tulare Street, Fresno, California 93721, on Thursday,
December 22, 2016 at 11:00 a.m.

                    ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court,
   commanding the Warden to produce the inmate named above to participate in a
   settlement conference at the time and place above, until completion of the settlement
   conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is
   ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, LAC, P.O. Box 8457, Lancaster, California 93539:**

**WE COMMAND** you to produce the inmate named above, **along with his legal property**, to
testify before Judge Seng at the time and place above, until completion of the settlement
conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate
and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **December 6, 2016**

_____
UNITED STATES MAGISTRATE JUDGE