UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR JEFFERSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>R. NUCKLES,<br><br>　　　　　Defendant. | Case No.: 1:14-cv-869-AWI-SAB (PC)<br><br>ORDER CLOSING ACTION, WITH PREJUDICE, PURSUANT TO PARTIES' STIPULATION FOR VOLUNTARY DISMISSAL<br><br>[ECF Nos. 30, 37, 41] |

　　　　Plaintiff Omar Jefferson is a state prisoner appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 22, 2016, Magistrate Judge Michael J. Seng held a settlement conference at which this action settled, with terms stated on the record. On December 23, 2016, the parties filed a stipulation for voluntary dismissal of the action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 41.) Pursuant to Rule 41(a)(1), this case has now terminated automatically. See Fed. R. Civ. P. 41(a)(1).

　　　　Accordingly, it is HEREBY ORDERED that:

1. The Clerk shall CLOSE this case in light of the parties stipulated dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

2. Any pending motions (including Doc. Nos. 30 and 37) are DENIED.

IT IS SO ORDERED.

Dated:　January 30, 2017　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE